JOANNA RYDER, Individually and as Executrix of WILLIAM K. WILLIAMSON, Deceased, Respondent, *v.* JOHN Z. LOTT et al., Defendants, and ISAAC CORTELYOU et al., Appellants.

*Ryder* v. *Lott*, 123 App. Div. 685, affirmed.
(Argued June 9, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 15, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine the ownership of certain bonds and mortgages.

*Claude V. Pallister, Charles H. Kelby, Hersey Egginton* and *George Eckstein* for appellants.

*Frederic E. Mygatt, John M. Bowers* and *Frederick Van Wyck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.